FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA CIRCUIT

(1) KEVIN P. SMITH 32952-054
   (Name of Plaintiff)    (Inmate Number)

FCC ALLENWOOD P.O. BOX 2000
   (Address) WHITE DEER, PA 17887

(2) _____
   (Name of Plaintiff)    (Inmate Number)

_____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

Case: 1:19-cv-02765
Assigned To : Unassigned
Assign. Date : 9/12/2019
Description: FOIA/Privacy Act (I-DECK)

vs.

CIVIL COMPLAINT

(1) FEDERAL BUREAU OF INVESTIGATION
    ET. AL.
(2) UNITED STATES ATTORNEY GENERAL

(3) _____
   (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    __#__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

                                    N/A
   _____
   _____
   _____

RECEIVED
Mail Room
SEP 12 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _*_ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _*_ Yes ____ No

C. If your answer to "B" is Yes:

1. What steps did you take? I FILED TO F.B.I. , U.S. DEPARTMENT OF JUSTICE OGIS NATIONAL ARCHIVES RECORDS ADMINISTATION/, U.S. DEPT. OF JUSTICE , OFFICE OF INFORMATION POLICY, WASH.DC.20530
2. What was the result? THE AGENCY"S REFUSE TO COOPERATE.

D. If your answer to "B" is No, explain why not: ____

III. **DEFENDANTS**

(1) Name of first defendant: FEDERAL BUREAU OF INVESTIGATION
Employed as FOIA at U.S. DEPARTMENT OF JUSTICE
Mailing address: F.B.I. WASHINGTON, D.C. 20535

(2) Name of second defendant: UNITED STATES ATTORNEY GENERAL
Employed as ATTORNEY GENERAL at UNITED STATES OF AMERICA
Mailing address: 950 Pennsylvania, AVE NW (RM.5111) WASHINGTON,

(3) Name of third defendant: DC. 20530
Employed as ____ at ____
Mailing address: ____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Federal Bureau of Investigation: Personally Involved for Plaintiff Due Process Right of law, Fifth Amendment Right. Which is Impeding Plaintiff Actual Innocence due to this agency not disclosing these Grand Jury Transcripts.

2. _____

3. FIFTY MILLION DOLLARS, $ 50,000,000  FALSE ARREST, FALSE IMPRISON-MENT, ABUSE OF POWER, MALICIOUS PROSECUTION,,PERJURY, VIOLATION OF UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE 9., 13, 8, ARTICLE 3, 5, 17, 30. ALSO U.S. CONSTITUTION, AMENDMENTS 4th. 5th. 6th. 8th. 14th. Causing Plaintiff ,MENTAL ANQUISH, ANXIETY, WEIGHT LOSS, NIGHTMARES, EXPOSED TO DISEASE, VIOLENT ENVIRONMENT.

## V.  RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT THE GRAND JURY MINUTES: FEBRUARY 28,2013 MURDER CHARGE BROOKLYN, N.Y.C. JURY VOTED NOT TO INDICT. FEDERAL GRAND JURY.

2. I WANT THE GRAND JURY MINUTES :JUNE 28,2014 MURDER CHARGE MANHATTAN, N.Y.C. JURY VOTED NOT TO INDICT. FEDERAL GRAND JURY.

3. _____

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  SATURDAY  day of  SEPTEMBER 7,                              , 20 19 .

_____Kevin P. Smitty_____
(Signature of Plaintiff)

4